UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| TEXAS STATE LULAC; VOTO LATINO, <br><br> Plaintiffs, <br><br> v. <br><br> BRUCE ELFANT, in his official capacity as the Travis County Tax Assessor-Collector; JACQUELYN CALLANEN, in her official capacity as the Bexar County Elections Administrator; ISABEL LONGORIA, in her official capacity as the Harris County Elections Administrator; YVONNE RAMÓN, in her official capacity as the Hidalgo County Elections Administrator; MICHAEL SCARPELLO, in his official capacity as the Dallas County Elections Administrator; LISA WISE, in her official capacity as the El Paso County Elections Administrator, <br><br> Defendants. | Civil Action <br><br> Case No. 1:21-cv-00546-LY <br><br> **PLAINTIFFS' RULE 5.1 NOTICE OF CONSTITUTIONAL QUESTION** |

Plaintiffs TEXAS STATE LULAC and VOTO LATINO hereby submit the following notice of constitutional question pursuant to Federal Rule of Civil Procedure ("Rule") 5.1, and state as follows:

1. On June 22, 2021, Plaintiffs filed the above-captioned action. In their complaint, Plaintiffs allege that Senate Bill 1111 violates the First, Fourteenth, and Twenty-Sixth Amendments to the U.S. Constitution.

2. The parties to this action do not include the State of Texas, one of its agencies, or one of its officers or employees in an official capacity.

3. Plaintiffs will serve a copy of this notice and their complaint on the Texas Attorney General by certified mail and through an electronic address designated for this purpose, pursuant to Rule 5.1(a)(2).

Dated: June 22, 2021.

Respectfully submitted,

/s/ *John R. Hardin*
John R. Hardin
Texas State Bar No. 24012784
**PERKINS COIE LLP**
500 North Akard Street, Suite 3300
Dallas, Texas 75201-3347
Telephone: (214) 965-7700
Facsimile: (214) 965-7799
johnhardin@perkinscoie.com

Uzoma N. Nkwonta*
Kathryn E. Yukevich*
**PERKINS COIE LLP**
700 Thirteenth Street NW, Suite 800
Washington, D.C. 20005-3960
Telephone: (202) 654-6200
Facsimile: (202) 654-9996
unkwonta@perkinscoie.com
kyukevich@perkinscoie.com

Jonathan P. Hawley**
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: (206) 359-8000
Facsimile: (206) 359-9000
jhawley@perkinscoie.com

*Counsel for Plaintiffs Texas State LULAC and Voto Latino*

Domingo Garcia*
Texas State Bar No. 07631950
**LAW OFFICE OF DOMINGO GARCIA PC**
1111 West Mockingbird Lane, Suite 1200
Dallas, Texas 75247-5012
Telephone: (214) 941-8300
dgarcia@lulac.org

Luis Roberto Vera, Jr.
Texas State Bar No. 29546740
**ATTORNEY AND COUNSELOR AT LAW**
407 West Ware Boulevard
San Antonio, Texas 78221
Telephone: (210) 225-3300
lrvlaw@sbcglobal.net

*Counsel for Plaintiff Texas State LULAC*

*\*Pro Hac Vice* Application Forthcoming
*\*\*Pro Hac Vice* Application Filed