# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| TEXAS STATE LULAC; <br> VOTO LATINO, <br>    *Plaintiffs*, <br><br> v. <br><br> BRUCE ELFANT, in his official capacity as the Travis County Tax Assessor-Collector, et al., <br><br>    *Defendants*. | Civil Action No: 1:21-cv-00546-LY |

### DEFENDANT LISA WISE'S RESPONSE TO THE MOTION TO INTERVENE AS DEFENDANTS BY MEDINA COUNTY ELECTIONS ADMINISTRATOR LUPE C. TORRES, IN HER OFFICIAL CAPACITY, AND REAL COUNTY TAX ASSESSOR-COLLECTOR TERRIE PENDLEY, IN HER OFFICIAL CAPACITY

Defendant Lisa Wise, in her official capacity as the El Paso County Elections Administrator ("Defendant Wise"), submits this response to the Motion to Intervene as Defendants (the "Motion") filed by Medina County Elections Administrator Lupe C. Torres, in her official capacity, and Real County Tax Assessor-Collector Terrie Pendley, in her official capacity (collectively, "Proposed Intervenors") on August 11, 2021 (ECF No. 48).

Defendant Wise respectfully submits that she takes no position in response to Proposed Intervenors' Motion.

Dated: August 25, 2021

              Respectfully submitted,

              */s/ Kathleen Hartnett*
              Kathleen Hartnett* (CA SBN 314267)

              COOLEY LLP
              Kathleen Hartnett* (CA SBN 314267)
              khartnett@cooley.com

Beatriz Mejia* (CA SBN 190948)
bmejia@cooley.com
Danielle C. Pierre* (CA SBN 300567)
dpierre@cooley.com
Sharon Song* (CA SBN 313535)
ssong@cooley.com
Kelsey Spector* (CA SBN 321488)
kspector@cooley.com
Angelica Leo* (CA SBN 334324)
aleo@cooley.com
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: +1 415 693-2000
Facsimile: +1 415 693-2222

COOLEY LLP
Orion Armon (CO SBN 34923)
oarmon@cooley.com
1144 15th Street, Suite 2300
Denver, CO 80202-2686
Telephone: +1 720 566-4000
Facsimile: +1 720 566-4099

STATES UNITED DEMOCRACY CENTER
Christine P. Sun* (CA SBN 218701)
3749 Buchanan St., No. 475165
San Francisco, CA 94147-3103
Telephone: +1 615 574-9108
christine@statesuniteddemocracy.org

STATES UNITED DEMOCRACY CENTER
Ranjana Natarajan (TX SBN 24071013)
1801 E 51st St., Suite 365, No. 334
Austin, TX 78723
Telephone: +1 323 422-8578
ranjana@statesuniteddemocracy.org

STATES UNITED DEMOCRACY CENTER
Zack Goldberg* (NY SBN 5579644)
86 Fleet Place, No. 6T
Brooklyn, NY 11201
Telephone: +1 917 656-6234
zack@statesuniteddemocracy.org

SUSMAN GODFREY
Neal S. Manne State Bar No. 12937980
Robert Rivera, Jr. State Bar No. 16958030
1000 Louisiana, Suite 5100
Houston, TX 77002-5096
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
nmanne@susmangodfrey.com
rrivera@susmangodfrey.com

EL PASO COUNTY ATTORNEYS
Jo Anne Bernal (TX SBN 02208720)
El Paso County Attorney
Joanne.Bernal@epcounty.com
John E. Untereker (TX SBN 24080627)
Assistant County Attorney
juntereker@epcounty.com
500 East San Antonio, Room 503
El Paso, Texas 79901
Telephone: +1 915 546-2050
Facsimile: +1 915 546-2133

*Admitted pro hac vice*

*Attorneys for Lisa Wise, in her official capacity as the El Paso County Elections Administrator*

### CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2021, **DEFENDANT LISA WISE'S RESPONSE TO THE MOTION TO INTERVENE AS DEFENDANTS BY MEDINA COUNTY ELECTIONS ADMINISTRATOR LUPE C. TORRES, IN HER OFFICIAL CAPACITY, AND REAL COUNTY TAX ASSESSOR-COLLECTOR TERRIE PENDLEY, IN HER OFFICIAL CAPACITY** was served through the Court's CM/ECF Document Filing System upon each attorney of record.

/s/ Kathleen Hartnett
Kathleen Hartnett* (CA SBN 314267)

255780598