IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| TEXAS STATE LULAC; <br> VOTO LATINO, <br>    *Plaintiffs,* <br><br>   v. <br><br> BRUCE ELFANT, in his official capacity as the Travis County Tax Assessor-Collector, et al., <br><br>    *Defendants.* | § § § § § § § § § § § § | Civil Action No: 1:21-cv-00546-LY |

**DEFENDANT LISA WISE'S RESPONSE TO TEXAS ATTORNEY GENERAL KEN PAXTON'S MOTION TO INTERVENE**

  Defendant Lisa Wise, in her official capacity as the El Paso County Elections Administrator ("Defendant Wise"), submits this response to the Motion to Intervene (the "Motion") filed by Texas Attorney General Ken Paxton (the "Attorney General") on August 12, 2021 (ECF No. 53).

  Defendant Wise does not object to the intervention of the State of Texas in this case challenging the constitutionality of Senate Bill 1111, because 28 U.S.C. § 2403(b) provides that the Court "shall permit the *State* to intervene" in an action "to which a State or any agency, officer, or employee thereof is not a party" and "wherein the constitutionality of any statute of that State affecting the public interest is drawn in question" (emphasis added).  Thus, to the extent the Attorney General's motion is construed as a request for the State of Texas (as opposed to the Attorney General) to intervene, Defendant Wise does not oppose the Motion.

  However, the Motion lacks clarity, indicating that it may be seeking intervention by the Attorney General rather than the State.  While the Motion's reasoning is based wholly on

Section 2403(b) and the Motion states that it should be granted because Section 2403(b) provides for mandatory intervention by "the State," ECF No. 53 at 2, the Motion seeks intervention by the Attorney General in his official capacity, not the State of Texas, *id.* at 1.  This is contrary to Section 2403(b), which allows "the State" to intervene in these circumstances.

Accordingly, Defendant Wise objects to the Motion to the extent that the Attorney General seeks to intervene himself (as neither Section 2403(b) nor the Motion supports such intervention) but does not oppose intervention by the State of Texas.

| | |
|---|---|
| Dated: August 26, 2021 | Respectfully submitted, |
| | */s/ Kathleen Hartnett*<br>Kathleen Hartnett* (CA SBN 314267) |
| | COOLEY LLP<br>Kathleen Hartnett* (CA SBN 314267)<br>khartnett@cooley.com<br>Beatriz Mejia* (CA SBN 190948)<br>bmejia@cooley.com<br>Danielle C. Pierre* (CA SBN 300567)<br>dpierre@cooley.com<br>Sharon Song* (CA SBN 313535)<br>ssong@cooley.com<br>Kelsey Spector* (CA SBN 321488)<br>kspector@cooley.com<br>Angelica Leo* (CA SBN 334324)<br>aleo@cooley.com<br>3 Embarcadero Center, 20th Floor<br>San Francisco, CA 94111-4004<br>Telephone: +1 415 693-2000<br>Facsimile: +1 415 693-2222 |
| | COOLEY LLP<br>Orion Armon (CO SBN 34923)<br>oarmon@cooley.com<br>1144 15th Street, Suite 2300<br>Denver, CO 80202-2686<br>Telephone: +1 720 566-4000<br>Facsimile: +1 720 566-4099 |

STATES UNITED DEMOCRACY CENTER
Christine P. Sun* (CA SBN 218701)
3749 Buchanan St., No. 475165
San Francisco, CA 94147-3103
Telephone: +1 615 574-9108
christine@statesuniteddemocracy.org

STATES UNITED DEMOCRACY CENTER
Ranjana Natarajan (TX SBN 24071013)
1801 E 51st St., Suite 365, No. 334
Austin, TX 78723
Telephone: +1 323 422-8578
ranjana@statesuniteddemocracy.org

STATES UNITED DEMOCRACY CENTER
Zack Goldberg* (NY SBN 5579644)
86 Fleet Place, No. 6T
Brooklyn, NY 11201
Telephone: +1 917 656-6234
zack@statesuniteddemocracy.org

SUSMAN GODFREY
Neal S. Manne State Bar No. 12937980
Robert Rivera, Jr. State Bar No. 16958030
1000 Louisiana, Suite 5100
Houston, TX 77002-5096
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
nmanne@susmangodfrey.com
rrivera@susmangodfrey.com

EL PASO COUNTY ATTORNEYS
Jo Anne Bernal (TX SBN 02208720)
El Paso County Attorney
Joanne.Bernal@epcounty.com
John E. Untereker (TX SBN 24080627)
Assistant County Attorney
juntereker@epcounty.com
500 East San Antonio, Room 503
El Paso, Texas 79901
Telephone: +1 915 546-2050
Facsimile: +1 915 546-2133

*Admitted pro hac vice

*Attorneys for Lisa Wise, in her official capacity as the El Paso County Elections Administrator*

## CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2021, **DEFENDANT LISA WISE'S RESPONSE TO TEXAS ATTORNEY GENERAL KEN PAXTON'S MOTION TO INTERVENE** was served through the Court's CM/ECF Document Filing System upon each attorney of record.

*/s/ Kathleen Hartnett*
Kathleen Hartnett* (CA SBN 314267)

255836896