IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
MAY 23 2022
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

| | |
|---|---|
| TEXAS STATE LULAC; <br> VOTO LATINO, <br><br> *Plaintiffs,* <br><br> v. <br><br> BRUCE ELFANT, in his official capacity as the Travis County Tax Assessor-Collector, et al, <br><br> *Defendants.* | Civil Action No: 1:21-cv-00546-LY |

## ORDER

BE IT REMEMBERED on this the 23rd day of May, 2022, there was presented to the Court the Motion for Admission Pro Hac Vice filed by David Louk ("Applicant"), counsel for Lisa Wise, in her official capacity as the El Paso County Elections Commissioner, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Applicant may appear on behalf of Lisa Wise, in her official capacity as the El Paso County Elections Commissioner in the above case.

IT IS FURTHER ORDERED that Applicant, if Applicant has not already done so, shall, in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00, made payable to: Clerk, U.S. District Court.

IT IS FURTHER ORDERED that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

-5-

IT IS FINALLY ORDERED that Applicant's Pro Hac Vice status shall not become effective until Applicant has complied with all provisions of this Order.

SIGNED this the 23rd day of May, 2022.

_____
UNITED STATES DISTRICT JUDGE