FILED

22 AUG -2 PM 4:58

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| TEXAS STATE LULAC; VOTO LATINO, § § PLAINTIFFS, § § V. § § BRUCE ELFANT, IN HIS OFFICIAL § CAPACITY AS TRAVIS COUNTY TAX § ASSESSOR-COLLECTOR; JACQUELYN § CALLANEN, IN HER OFFICIAL § CAPACITY AS BEXAR COUNTY § ELECTIONS ADMINISTRATOR; ISABEL § LONGORIA, IN HER OFFICIAL § CAPACITY AS HARRIS COUNTY § ELECTIONS ADMINISTRATOR; § YVONNE RAMON, IN HER OFFICIAL § CAPACITY AS HIDALGO COUNTY § ELECTIONS ADMINISTRATOR; § MICHAEL SCARPELLO, IN HIS § OFFICIAL CAPACITY AS DALLAS § COUNTY ELECTIONS § ADMINISTRATOR; LISA WISE, IN HER § OFFICIAL CAPACITY AS EL PASO § COUNTY ELECTIONS § ADMINISTRATOR, § § DEFENDANTS, § § KEN PAXTON, IN HIS OFFICIAL § CAPACITY AS ATTORNEY GENERAL § OF TEXAS; LUPE TORRES, IN HER § OFFICIAL CAPACITY AS MEDINA § COUNTY ELECTIONS § ADMINISTRATOR; AND TERRIE § PENDLEY, IN HER OFFICIAL § CAPACITY AS REAL COUNTY TAX § ASSESSOR-COLLECTOR, § § INTERVENOR-DEFENDANTS. § | CAUSE NO. 1:21-CV-546-LY |

## FINAL JUDGMENT

Before the court is the above-styled and numbered cause. On this date by separate order the court rendered summary judgment as to all claims alleged by Plaintiffs Texas State LULAC and Voto Latino. As nothing remains for resolution in the cause, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that all parties bear their own costs of court.

**IT IS FINALLY ORDERED** that the cause is hereby **CLOSED**.

SIGNED this **2nd** day of August, 2022.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE