**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| TEXAS STATE LULAC; VOTO LATINO<br><br>                *Plaintiffs*,<br><br>   v.<br><br>BRUCE ELFANT, in his official capacity as the Travis County Tax Assessor-Collector; JACQUELYN CALLANEN, in her official capacity as the Bexar County Elections Administrator; ISABEL LONGORIA, in her official capacity as the Harris County Elections Administrator; YVONNE RAMON, in her official capacity as the Hidalgo County Elections Administrator; MICHAEL SCARPELLO, in his official capacity as the Dallas County Elections Administrator; and LISA WISE, in her official capacity as El Paso County Elections Administrator,<br><br>                *Defendants*,<br><br>   and<br><br>KEN PAXTON, in his official capacity as Attorney General of Texas; LUPE C. TORRES, in his official capacity as Medina County Elections Administrator; and TERRIE PENDLEY, in her official capacity as Real County Tax Assessor-Collector,<br><br>      *Intervenor-Defendants*. | Case No. Case No. 1:21-cv-00546-LY |

**NOTICE OF APPEAL**

Pursuant to Federal Rules of Appellate Procedure 3(a)(1) and 4(a)(1)(A), Intervenor-Defendants Ken Paxton, in his official capacity as Attorney General of Texas; Lupe C. Torres, in his official capacity as Medina County Elections Administrator; and Terrie Pendley, in her official

capacity as Real County Tax Assessor-Collector, give this notice of appeal to the United States

Court of Appeals for the Fifth Circuit from the Order and Final Judgment entered in this action on

August 2, 2022, which granted in part and denied in part the parties' cross-motions for summary

judgment. [ECF No. 171–72].

Dated: August 4, 2022

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

Respectfully submitted.

PATRICK K. SWEETEN
Deputy Attorney General for Special Litigation
Texas Bar No. 00798537

WILLIAM T. THOMPSON
Deputy Chief, Special Litigation Unit
Texas Bar No. 24088531

 /s/Kathleen T. Hunker
KATHLEEN T. HUNKER
Special Counsel
Texas Bar No. 24118415

OFFICE OF THE ATTORNEY GENERAL
SPECIAL LITIGATION UNIT
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Tel.: (512) 463-2100
Fax: (512) 457-4410

*Counsel for Intervenor-Defendant Ken Paxton, in his official capacity as Texas Attorney General*

*/s/Autumn Hamit Patterson*
ROBERT HENNEKE
Texas Bar No. 24046058
rhenneke@texaspolicy.com
CHANCE WELDON
Texas Bar No. 24076767
cweldon@texaspolicy.com
AUTUMN HAMIT PATTERSON
Texas Bar No. 24092947
apatterson@texaspolicy.com
TEXAS PUBLIC POLICY FOUNDATION
901 Congress Avenue
Austin, Texas 78701
Telephone: (512) 472-2700
Facsimile: (512) 472-2728

*Counsel for Intervenor-Defendants Lupe C. Torres and Terrie Pendley*

*Intervenor-Defendants' Notice of Appeal*        3

## **CERTIFICATE OF SERVICE**

I, Kathleen T. Hunker, hereby certify that on August 4, 2022, a true and correct copy of the within document was served on all parties via the Electronic Case Filing System.

/s/  *Kathleen T. Hunker*
Kathleen T. Hunker