**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| TEXAS STATE LULAC; | § | |
| VOTO LATINO, | § | |
| *Plaintiffs,* | § | |
| | § | |
| v. | § | Civil Action No: 1:21-cv-00546-LY |
| | § | |
| BRUCE ELFANT, in his official capacity as | § | |
| the Travis County Tax Assessor-Collector; | § | |
| JACQUELYN CALLANEN, in her official | § | |
| capacity as the Bexar County Elections | § | |
| Administrator; ISABEL LONGORIA, in her | § | |
| official capacity as the Harris County | § | |
| Elections Administrator; YVONNE | § | |
| RAMON, in her official capacity as the | § | |
| Hidalgo County Elections Administrator; | § | |
| MICHAEL SCARPELLO, in his official | § | |
| capacity as the Dallas County Elections | § | |
| Administrator; and LISA WISE, in her | § | |
| official capacity as El Paso County Elections | § | |
| Administrator, | § | |
| *Defendants,* | § | |
| | § | |
| and | § | |
| | § | |
| KEN PAXTON, in his official capacity as the | § | |
| Attorney General of Texas, LUPE C. | § | |
| TORRES, in his official capacity as Medina | § | |
| County Elections Administrator, and | § | |
| TERRIE PENDLEY, in her official capacity | § | |
| as Real County Tax Assessor-Collector, | § | |
| *Intervenor-Defendants.* | § | |
| _____ | § | |

**<u>DEFENDANTS EL PASO COUNTY ELECTIONS ADMINISTRATOR LISA WISE AND
HARRIS COUNTY INTERIM ELECTIONS ADMINISTRATOR BETH STEVEN'S
OPPOSITION TO INTERVENOR-DEFENDANTS KEN PAXTON, LUPE C. TORRES,
AND TERRIE PENDLEY'S OPPOSED MOTION FOR STAY, OR IN THE
ALTERNATIVE, FOR  ADMINISTRATIVE STAY, PENDING APPEAL</u>**

## I.      INTRODUCTION

Defendant El Paso County Elections Administrator Lisa Wise and Defendant Harris County Interim Elections Administrator Beth Stevens oppose Intervenor-Defendants Ken Paxton, Lupe C. Torres, and Terrie Pendley's Opposed Motion for Stay, or, in the Alternative, for Administrative Stay, Pending Appeal ("Motion for Stay") (ECF No. 174).  In their Motion for Stay, Intervenor-Defendants argue that a stay is warranted because otherwise this Court's decision will "disrupt[] election procedures in Defendants' and Intervenors' counties and cause[] confusion in other Texas counties and among voters."  Motion for Stay at 2.  To the contrary, the Court's summary judgment order promotes clarity and orderly election procedure, and a stay would be disruptive.  Accordingly, the Motion for Stay should be denied.

## II.      ARGUMENT AND AUTHORITIES

As this Court has now held, and as multiple Defendants have now recognized, the enjoined provisions of S.B. 1111 *themselves* cause significant confusion, impair the orderly administration of elections, and infringe on voters' constitutional rights.  Specifically, in enjoining Texas Election Code Sections 1.015(b) ("Residence Provision") and 1015(c)-(d) ("Temporary-Relocation Provision"), this Court recognized that these provisions are unconstitutionally vague and disenfranchise Texas voters.  *See* ECF No. 171 at 29 ("The Residence Provision is unconstitutionally vague and overbroad, barring conduct that is squarely protected by the First Amendment."); *id.* at 31 (explaining that "[t]he court is likewise unable to discern where college students should register as the Temporary-Relocation Provision is written" and holding that "Provision does not overcome any degree of constitutional scrutiny").

The County Defendants—including Defendant Wise—repeatedly confirmed these points through testimony and other submissions, including regarding the widespread confusion about the meaning of these provisions and how to advise voters seeking to conform their conduct to the law.  *See, e.g.*, Wise Tr. 122:6-21 (Pls. App. 201 (ECF No. 141)) (testifying she did not feel prepared to respond to voters' questions because S.B. 1111's "definitions . . . are vague" and "mean different things to different people"); ECF No. 153 at 2 (the "lack of clarity about the meaning and sweep of the Residence [Provision] hinders Ms. Wise's

ability to advise voters in her county and in turn hinders those same voters from exercising their constitutional rights to vote and to freedom of speech"); Callanen Tr. 83:1-5 (Pls. App. 206 (ECF No. 141)) (testifying she "wouldn't know" how to answer questions about the meaning of the Residence Provision); Scarpello Tr. 57:20-58:4 (Pls. App. 171 (ECF No. 141)) (inability to answer questions regarding Temporary-Relocation Provision creates "a sense of frustration from the voter and sometimes confusion"); Longoria Tr. 82:13-91:2 (Pls. App. 150-159 (ECF No. 141)) (similar); *see also* Ingram Tr. 207:11-17 (Pls. App. 259 (ECF No. 141)) (admitting he was unable to explain need for voter identification requirement for voters who no longer claim to use a PO Box).

In light of this evidence, the Intervenor-Defendants' assertion that a stay will *ameliorate* confusion among county election officials and voters is specious. The provisions of S.B. 1111 themselves have caused widespread confusion.

### III.    CONCLUSION

For these reasons, Defendants Wise and Stevens respectfully submit that the Court should deny Intervenor-Defendants Motion for a Stay.

Dated: August 11, 2022                    Respectfully submitted,

*/s/ Kathleen Hartnett*
Kathleen Hartnett* (CA SBN 314267)

COOLEY LLP
Kathleen Hartnett* (CA SBN 314267)
khartnett@cooley.com
Beatriz Mejia* (CA SBN 190948)
bmejia@cooley.com
David S. Louk (CA SBN 304654)
dlouk@cooley.com
Sharon Song* (CA SBN 313535)
ssong@cooley.com
Kelsey Spector* (CA SBN 321488)

kspector@cooley.com
Germaine Habell* (CA SBN 333090)
ghabell@cooley.com
Caroline A. Lebel* (CA SBN 340067)
clebel@cooley.com
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: +1 415 693-2000
Facsimile: +1 415 693-2222

COOLEY LLP
Orion Armon (CO SBN 34923)
oarmon@cooley.com
1144 15th Street, Suite 2300
Denver, CO 80202-2686
Telephone: +1 720 566-4000
Facsimile: +1 720 566-4099

STATES UNITED DEMOCRACY
CENTER
Christine P. Sun* (CA SBN 218701)
3749 Buchanan St., No. 475165
San Francisco, CA 94147-3103
Telephone: +1 615 574-9108
christine@statesuniteddemocracy.org

STATES UNITED DEMOCRACY
CENTER
Ranjana Natarajan (TX SBN 24071013)
1801 E 51st St., Suite 365, No. 334
Austin, TX 78723
Telephone: +1 323 422-8578
ranjana@statesuniteddemocracy.org

STATES UNITED DEMOCRACY CENTER
Robert Cotter* (IL SBN 6334375)
7510 N. Greenview Ave., Apt. #3
Chicago, IL 60626
Telephone: (224) 235-2606
robert@statesuniteddemocracy.org

STATES UNITED DEMOCRACY CENTER
Marina Eisner* (DC SBN 1005593)
1101 17 Street NW
Washington, DC 20036
Telephone: (240) 600-1316

marina@statesuniteddemocracy.org
SUSMAN GODFREY
Neal S. Manne State Bar No. 12937980
Robert Rivera, Jr. State Bar No. 16958030
1000 Louisiana, Suite 5100
Houston, TX 77002-5096
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
nmanne@susmangodfrey.com
rrivera@susmangodfrey.com

EL PASO COUNTY ATTORNEYS
Jo Anne Bernal (TX SBN 02208720)
El Paso County Attorney
Joanne.Bernal@epcounty.com
John E. Untereker (TX SBN 24080627)
Assistant County Attorney
juntereker@epcounty.com
500 East San Antonio, Room 503
El Paso, Texas 79901
Telephone: +1 915 546-2050
Facsimile: +1 915 546-2133

*Admitted pro hac vice*

*Attorneys for Lisa Wise, in her official capacity as the El Paso County Elections Administrator*

Respectfully submitted,

/s/ Sameer S. Birring
Christian D. Menefee
Harris County Attorney
Texas Bar No. 24088049
Christian.Menefee@cao.hctx.net
Jonathan Fombonne
First Assistant Harris County Attorney
Texas Bar No. 24102702
Jonathan.Fombonne@cao.hctx.net
Tiffany Bingham
Managing Counsel
Texas Bar No. 24012287
Tiffany.Bingham@cao.hctx.net

5

Sameer S. Birring
Assistant County Attorney
Texas Bar No. 24087169
Sameer.Birring@cao.hctx.net
OFFICE OF THE HARRIS COUNTY ATTORNEY
1019 Congress Plaza, 15th Floor
Houston, Texas 77002
Telephone: (713) 274-5101
Facsimile: (713) 755-8924

*Attorneys for Defendant* BETH STEVENS, in
her Official Capacity as Interim Harris
County Elections Administrator

## CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2022, Defendant El Paso County Elections Administrator Lisa Wise's Opposition to Intervenor-Defendants Ken Paxton, Lupe C. Torres, and Terrie Pendley's Opposed Motion for Stay, Or In the Alternative, For Administrative Stay, Pending Appeal was served through the Court's CM/ECF Document Filing System upon each attorney of record.

*/s/ Kathleen Hartnett*
Kathleen Hartnett* (CA SBN 314267)

273384861